

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00809-CR

Angel Ray **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11252
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 17, 2018.

_____
Rebeca C. Martinez, Justice